ENTERED
JUL 29 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY

FILED
JUL 25 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

NATURAL RESOURCES DEFENSE COUNCIL, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

No. SACV 93 - 999 - LHM

**ORDER REMANDING CASE TO U.S. FISH AND WILDLIFE SERVICE**

Pursuant to the May 21, 1997 opinion of the United States Court of Appeals, Ninth Circuit, this action is remanded to the U.S. Fish and Wildlife Service ("Service") so that the Service may issue a new decision consistent with the May 21, 1997 opinion of the Ninth Circuit.

DATED: 7/25/97

McLaughlin
LINDA H. McLAUGHLIN
UNITED STATES DISTRICT JUDGE

✓ Docketed
✓ Mld copy Ptys
Mld Notice Ptys
JS - 6

ENTERED ON ICMS 107